**Daniel Eric COBBLE, Appellant**

v.

**William K. SUTER, Clerk, U.S. Supreme Court and Melissa Blalock, Clerk, U.S. Supreme Court, Appellees.**

**Nos. 13–5237, 13–5316.**

United States Court of Appeals, District of Columbia Circuit.

May 12, 2014.

Daniel Eric Cobble, Sparta, GA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: TATEL and PILLARD, Circuit Judges; GINSBURG, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

These appeals were considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant and supplements thereto. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed July 10, 2013, be affirmed. The district court correctly held it has no authority to order the Clerk of the Supreme Court to accept appellant's pleadings or to take any other action. *See Marin v. Suter,* 956 F.2d 339 (D.C.Cir. 1992) (per curiam). Moreover, the district court properly exercised its discretion in denying appellant's motion for reconsideration of the order dismissing the action because appellant stated no basis for such

relief. *See Firestone v. Firestone,* 76 F.3d 1205, 1208–08 (D.C.Cir.1996).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.